# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| BRITTANY MARLOWE HOLBERG, § § §<br>Appellant, § § §<br>vs. § § §<br>BOBBY LUMPKIN, Director § § §<br>Correctional Institutions Division, § § §<br>Texas Department of Criminal Justice, § § §<br>Appellee. § § § | CAUSE NO. 21-70010 |

## APPELLANT'S MOTION FOR EXTENSION OF TIME
## TO FILE AN APPELLATE BRIEF
### (UNOPPOSED MOTION)

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

Petitioner Brittany Marlowe Holberg ("Holberg") files this unopposed motion for extension of time to file her appellate brief and states as follows:

1. This is Holberg's first request for extension of time to file her appellate brief. Holberg requests an additional 30 days to complete her filing, making the due date of the brief May 24, 2023.

2. This case arises from Holberg's Texas state court conviction of the capital murder of A.B. Towery, Sr. This Court granted a certificate of appealability allowing Holberg to appeal the District Court's holding on her claim pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963), and her ineffective assistance of counsel

1

claim. Briefing the merits of these two issues requires counsel to review thousands of pages of the record on appeal. In the light of the particulars of the Court's Order granting Holberg's application for a certificate of appealability, additional review of the record is both advisable and warranted. In addition, counsel must conduct the necessary legal research and analysis to ensure that their presentation of the law to this Court is complete, current and relevant to the issues encompassed within the certificate of appealability.

3. Holberg has been represented by volunteer counsel at the firm of Faegre Drinker Biddle & Reath, LLP, a civil law firm, for many years; however, Holberg's former lead counsel, Alan Lazarus, retired from the firm in 2022 and has been replaced by David Abernethy, an attorney at the firm's Philadelphia, Pennsylvania, office. In January 2023, this Court appointed the Federal Defender Office as co-counsel. While all counsel have apprised themselves of the factual and legal issues presently before the Court and begun preparing Holberg's appellate brief, additional time is needed to ensure that counsel accurately advise the Court on the matters at issue in this appeal.

4. Holberg requests that the Court grant her an additional 30 days to file her appellate brief.

5. Undersigned counsel has discussed the merits of this motion with opposing counsel, Ryan Baasch, and Mr. Baasch has indicated that Appellee does

not oppose the motion.

WHEREFORE, PREMISES CONSIDERED, Holberg respectfully requests that the Court grant this motion for extension of time and allow her an additional 30 days to file the appellate brief.

| | |
|---|---|
| Dated: April 14, 2023 | Respectfully submitted, |
| | |
| | */s/ David F. Abernethy* |
| | DAVID F. ABERNETHY |
| | PA Bar No. 36666 |
| | david.abernethy@faegredrinker.com |
| | |
| | FAEGRE DRINKER BIDDLE & REATH, LLP |
| | One Logan Square, Suite 2000 |
| | Philadelphia, Pennsylvania 19103 |
| | (215) 988-2700 |
| | (215) 988-2757 (facsimile) |
| | |
| | **LEAD COUNSEL TO PETITIONER, BRITTANY MARLOWE HOLBERG** |

## CERTIFICATE OF CONFERENCE

I certify that I discussed the merits of this motion with counsel for Appellee, Ryan Baasch, and he indicated to me that Appellee does not oppose the relief sought.

*/s/ David F. Abernethy*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2023, a true and correct copy of the foregoing document was served on counsel for Appellee:

Ryan Baasch
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

*/s/ David F. Abernethy*