No. 21-70010

IN THE

# United States Court of Appeals for the Fifth Circuit

BRITTANY MARLOWE HOLBERG,
*Petitioner–Appellant,*

v.

BOBBY LUMPKIN, Director,
Texas Department of Criminal Justice,
Correctional Institutions Division,
*Respondent–Appellee.*

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division

**APPELLEE'S UNOPPOSED MOTION TO EXTEND TIME
TO FILE APPELLEE'S BRIEF**

| | |
|---|---|
| ANGELA COLMENERO<br>Provisional Attorney General<br>  of Texas | TRAVIS G. BRAGG<br>Assistant Attorney General<br>*Counsel of Record* |
| BRENT WEBSTER<br>First Assistant Attorney General | Post Office Box 12548,<br>Capitol Station<br>Austin, Texas 78711 |
| JOSH RENO<br>Deputy Attorney General<br>  for Criminal Justice | 512.936.1400<br>Travis.Bragg@oag.texas.gov |
| EDWARD L. MARSHALL<br>Chief, Criminal Appeals Division | |

*Counsel for Respondent–Appellee*

# MOTION TO EXTEND TIME

This is a habeas corpus case brought by Petitioner–Appellant Brittany Marlowe Holberg, a Texas inmate sentenced to death. Respondent-Appellee Director has until September 6, 2023, to file his Appellee's Brief. The Director now seeks a two-week extension of time in which to file this brief. This request is not designed to harass Appellant or cause unnecessary delay in these proceedings. Rather, this extension is necessary to review the records, research the claims, and determine the appropriate response.

While preparing this brief, undersigned counsel filed an amicus brief in *Ex parte Storey*, No. WR-75,828-02 (Tex. Crim. App.), on August 28. Also, undersigned counsel is preparing an answer to a 204-page initial federal habeas petition in *Tracy v. Director*, No. 5:20-CV-156 (E.D. Tex.), and for a state habeas hearing in *Ex parte Gonzales*, No. WR-40,541-07 (358th Dist. Ct., Ector County, Tex.). In addition to a full capital caseload, undersigned serves as the supervising Hearing Team attorney over multiple capital and non-capital cases which adds administrative and substantive work. The Director conferred with Appellant's counsel who stated Appellant was not opposed to this

request. For these reasons, the Director respectfully moves this Court for an extension up to and including September 20, 2023, within which to file a brief in the instant action.

        Respectfully submitted,

        ANGELA COLMENERO
        Provisional Attorney General
          of Texas

        BRENT WEBSTER
        First Assistant Attorney General

        JOSH RENO
        Deputy Attorney General
          for Criminal Justice

        EDWARD L. MARSHALL
        Chief, Criminal Appeals Division

        *s/ Travis G. Bragg*
        Travis G. Bragg
        Assistant Attorney General
        State Bar No. 24076286
          *Counsel of Record*

        Post Office Box 12548, Capitol Station
        Austin, Texas 78711-2548
        512.936.1400
        Travis.Bragg@oag.texas.gov

        *Attorneys for Respondent–Appellee*

# CERTIFICATE OF COMPLIANCE

This brief complies with Federal Rule of Appellate Procedure 27(d)(2)(A). It contains 211 words, Microsoft Word 365, Century Schoolbook, 14 points.

                                        *s/ Travis G. Bragg*
                                        Travis G. Bragg
                                        Assistant Attorney General

# ELECTRONIC CASE FILING CERTIFICATIONS

I certify that: (1) all required privacy redactions have been made; (2) this electronic submission is an exact copy of the paper document; and (3) this document has been scanned using the most recent version of a commercial virus scanning program and is free of viruses.

                                        *s/ Travis G. Bragg*
                                        Travis G. Bragg
                                        Assistant Attorney General

# CERTIFICATE OF SERVICE

I certify that on August 31, 2022, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic case-filing (ECF) system of the Court. The ECF system sent a "Notice of Electronic Filing" (NEF) to the following attorney of record, who consented in writing to accept the NEF as service of this document by electronic means:

David F. Abernethy
Anton Stewart
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103-6996
david.abernethy@faegredrinker.com
anton.stewart@faegredrinker.com

Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
   FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, Pennsylvania 19106
Shawn_Nolan@fd.org

                                          *s/ Travis G. Bragg*
                                          Travis G. Bragg
                                          Assistant Attorney General