# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 01, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 21-70010    Holberg v. Lumpkin
                USDC No. 2:15-CV-285

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Mr. David F. Abernethy
Mr. Ryan Baasch
Mr. Travis Golden Bragg
Mr. Paul Edward Mansur
Mr. Edward Larry Marshall
Mr. Shawn Nolan
Mr. Anton Stewart