# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 24, 2024
Lyle W. Cayce
Clerk

No. 21-70010

Brittany Marlowe Holberg,

*Petitioner—Appellant*,

versus

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee*.

───────────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:15-CV-285

───────────────────────────────

ORDER:

    IT IS ORDERED that Appellant's unopposed motion for leave to file a supplemental brief is GRANTED, and that (1) the Director shall be permitted to file a responsive supplemental brief containing no more than 2,500 words within two weeks from the date on which the Court enters any order granting leave for Ms. Holberg to file the attached supplemental brief, and (2) Ms. Holberg shall be permitted to file a reply in support of her supplemental brief containing no more than 1,250 words within two weeks after the Director files his responsive supplemental brief.

No. 21-70010

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT