

faegredrinker.com

**David F. Abernethy**
david.abernethy@faegredrinker.com
+1 215 988 2503 direct

Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
+1 215 988 2700 main
+1 215 988 2757 fax

July 11, 2024

**BY CM/ECF**

Mr. Lyle W. Cayce
Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
Suite 115
New Orleans LA 70130

Re: Holberg v. Lumpkin, No. 21-70010

Dear Mr. Cayce:

On behalf of Appellant Brittany Marlowe Holberg, I write to advise the Court that Appellant elects not to file the supplemental reply brief permitted by the Court's Order dated June 24, 2024.

Respectfully,

*/s David F. Abernethy*

David F. Abernethy

cc: All counsel of record (via CM/ECF)

DMS_US.365013116.1