No. 21-70010

# In the United States Court of Appeals for the Fifth Circuit

Brittany Marlowe Holberg,

*Petitioner-Appellant*,

v.

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent-Appellee*.

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING OR PETITION FOR REHEARING EN BANC

In accordance with Federal Rule of Appellate Procedure 26(b), 27, and 40(d)(1), Respondent, Eric Guerrero, Director, Texas Department of Criminal Justice, Correctional Institutions Division, files this unopposed motion for an extension of time to file a petition for panel rehearing or petition for rehearing en banc of this Court's March 7, 2025, decision. In support thereof, Respondent respectfully shows the Court as follows:

1. On March 7, 2025, the panel issued a published decision in this case granting habeas relief and reversing and vacating Holberg's 27-year-old conviction for the murder of A.B. Towery, Sr. Any petition for panel rehearing or rehearing en banc of

that decision is currently due by Friday, March 21, 2025. *See* Fed. R. App. P.40(d)(1). Respondent respectfully requests that the Court extend that deadline by 30 days to Monday April 21, 2025.

2.  The requested 30-day extension of time is necessary due to multiple engagements that have required or will require significant attention since the panel's decision was issued, including as follows:

- a Brief in Opposition to a Petition for a Writ of Certiorari in *Aparicio v. Texas*, No. 24-6057 (U.S.), due to be filed in the U.S. Supreme Court on March 20, 2025;
- a Supplemental Brief in *United States v. Texas*, No. 24-50149 (5th Cir.), due to be filed in this Court on March 21, 2025;
- a Brief on the Merits in response to the invitation of the Court in *South Plains Sno, Inc. v. Eskimo Hut Worldwide, Ltd.*, No. 24-0353 (Tex.), due to be filed in the Supreme Court of Texas on March 24, 2025;
- an Amicus Brief in Support of Respondent in *Kennedy v. Braidwood Management, Inc.*, No. 24-316 (U.S.), due to be filed in the United States Supreme Court on March 27, 2025;
- Preparation for oral argument in *Rivers v. Guerrero*, No. 23-1345 (U.S.), in the United States Supreme Court on March 31, 2025;
- Preparation for, and the presentation of, oral argument in *LULAC v. Abbott*, No. 24-50128 (5th Cir.), in this Court on April 2, 2025; and
- Ongoing responsibilities to assist with preparations for the upcoming trial in *LULAC v. Abbott*, No. 3:21-cv-00259-DCG-JES-JVB (W.D. Tex.), recently scheduled for May 21, 2025.

3.  In addition to briefing and argument obligations, counsel has numerous pre-litigation, oversight, and managerial responsibilities and continues to be staffed on other public and private litigation and advisory matters throughout the Office of the Attorney General.

**4.** The extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension of time is granted. This is Respondent's first request for an extension of time for to file a petition for panel rehearing or rehearing en banc.

**5.** For the foregoing reasons, Respondent respectfully requests that the Court grant his unopposed motion for a 30-day extension of time to file any petition for panel rehearing or petition for rehearing en banc, making any such petition due on Monday, April 21, 2025.

Date: March 14, 2025

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

AARON L. NIELSON
Solicitor General

BRENT WEBSTER
First Assistant Attorney General

/s/ William F. Cole
WILLIAM F. COLE
Principal Deputy Solicitor General
William.Cole@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

TRAVIS G. BRAGG
Assistant Attorney General

Counsel for Respondent

## Certificate of Conference

On March 10, 2025, counsel for Respondent conferred with David F. Abernethy, counsel for Petitioner, who stated Petitioner is unopposed to this extension.

/s/ William F. Cole
William F. Cole

## Certificate of Service

On March 14, 2025, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ William F. Cole
William F. Cole

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 493 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ William F. Cole
William F. Cole