# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 14, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-70010   Holberg v. Guerrero
                  USDC No. 2:15-CV-285

Enclosed is an order entered in this case.

                                   Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Casey A. Sullivan, Deputy Clerk
                                    504-310-7642

Mr. David F. Abernethy
Mr. Travis Golden Bragg
Ms. Melissa Claire Cassel
Mr. William Francis Cole
Mr. Daniel Alexander Harrell
Mr. Paul Edward Mansur
Mr. Edward Larry Marshall
Mr. Aaron Lloyd Nielson
Mr. Shawn Nolan
Ms. Sonali Shahi
Ms. Meaghan McLaine VerGow