No. 21-70010

# In the United States Court of Appeals for the Fifth Circuit

Brittany Marlowe Holberg,

*Petitioner-Appellant,*

v.

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division,*

*Respondent-Appellee.*

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING OR PETITION FOR REHEARING EN BANC

In accordance with Federal Rules of Appellate Procedure 26(b), 27, and 40(a)(1), Respondent Eric Guerrero, Director, Texas Department of Criminal Justice, Correctional Institutions Division, files this unopposed motion for an extension of time to file a petition for panel rehearing or petition for rehearing en banc of this Court's March 7, 2025, decision.

**1.** On March 7, 2025, the panel issued a published decision in this case granting habeas relief and reversing and vacating Petitioner's twenty-seven-year-old conviction for the murder of A.B. Towery, Sr. Any petition for panel rehearing or rehearing en banc of that decision is currently due by Monday, April 21, 2025. Respondent

respectfully requests that the Court extend that deadline by ten days to Thursday, May 1, 2025.

**2.** The requested ten-day extension of time is necessary due to multiple engagements that have required or will require significant attention since the panel's decision was issued, including:

- a brief on the merits in response to the invitation of the Court in *South Plains Sno, Inc. v. Eskimo Hut Worldwide, Ltd.*, No. 24-0353 (Tex.), filed in the Supreme Court of Texas on March 24, 2025;
- an amicus brief in support of respondent in *Kennedy v. Braidwood Management*, No. 24-316 (U.S.), filed in the Supreme Court of the United States on March 27, 2025;
- preparation for and presenting oral argument in the Supreme Court of the United States in *Rivers v. Guerrero*, No. 23-1345 (U.S.), on March 31, 2025;
- preparing for and presenting oral argument in this Court in *LULAC v. Abbott*, No. 24-50128 (5th Cir.), on April 2, 2025;
- a multi-state amicus brief in support of the petition for a writ of certiorari in *O'Bannon v. King*, No. 24-964 (U.S.), filed in the United States Supreme Court on April 7, 2025;
- a reply brief in *LUPE v. Abbott*, No. 24-50783 (5th Cir.), filed in this Court on April 8, 2025;
- a reply brief in *Hegar v. RJR Vapor Co.*, No. 24-0052 (Tex.), due in the Supreme Court of Texas on April 14, 2025;
- a reply brief in *LUPE v. Abbott*, No. 24-50826 (5th Cir.), due in this Court on April 17, 2025;
- preparing for and presenting oral argument in *LUPE v. Abbott*, No. 24-50826 (5th Cir.), in this Court on April 30, 2025; and
- ongoing responsibilities to assist with preparations for the upcoming trial in *LULAC v. Abbott*, No. 3:21-cv-00259-DCG-JES-JVB (W.D. Tex.), currently scheduled to begin in the Western District of Texas on May 21, 2025.

**3.** In addition to briefing and argument obligations, counsel has numerous pre-litigation, oversight, and managerial responsibilities and continues to be staffed on other public and private litigation and advisory matters throughout the Office of the Attorney General.

**4.** The extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension of time is granted. This is Respondent's second request for an extension of time to file any petition for panel rehearing or rehearing en banc.

**5.** For the foregoing reasons, Respondent respectfully requests that the Court grant his unopposed motion for a ten-day extension of time to file any petition for panel rehearing or petition for rehearing en banc, making any such petition due on Thursday, May 1, 2025.

| | |
|---|---|
| Date: April 14, 2025 | Respectfully submitted. |
| KEN PAXTON<br>Attorney General of Texas | AARON L. NIELSON<br>Solicitor General |
| BRENT WEBSTER<br>First Assistant Attorney General | /s/ William F. Cole<br>WILLIAM F. COLE<br>Principal Deputy Solicitor General<br>William.Cole@oag.texas.gov |
| | SARA B. BAUMGARDNER<br>Assistant Solicitor General |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | TRAVIS G. BRAGG<br>Assistant Attorney General<br><br>Counsel for Respondent-Appellee |

## Certificate of Conference

On April 11, 2025, counsel for Respondent conferred with David F. Abernethy, counsel for Petitioner He stated that Petitioner does not oppose this extension.

/s/ William F. Cole
WILLIAM F. COLE

## Certificate of Service

On April 14, 2025, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ William F. Cole
WILLIAM F. COLE

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 541 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ William F. Cole
WILLIAM F. COLE