# No. 21-70010

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

BRITTANY MARLOWE HOLBERG,

*Petitioner-Appellant,*

V.

ERIC GUERRERO, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

*Respondent-Appellee.*

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division
District Court No. 2:15-CV-285-Z

**UNOPPOSED MOTION OF PETITIONER-APPELLANT BRITTANY MARLOWE HOLBERG TO EXTEND DEADLINE FOR FILING OF RESPONSE TO PETITION FOR REHEARING EN BANC**

TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Pursuant to Rules 26(b), 27, and 40 of the Federal Rules of Appellate Procedure and Fifth Circuit Rules 26 and 27, Petitioner Brittany Marlow Holberg files this unopposed motion seeking a 32-day extension, through June 13, 2025, of her deadline to respond to the Petition for Rehearing En Banc filed by Respondent Eric Guerrero,

1

Director, Texas Department of Criminal Justice, Correctional Institutions Division. In support of this motion Holberg respectfully shows the Court the following:

1. This is Holberg's first request for extension of the deadline to respond to Respondent's Petition for Rehearing En Banc.

2. As certified below, Guerrero does not oppose this request.

3. This is a capital case on appeal from the United States District Court for the Northern District of Texas.

4. On March 7, 2025, the panel issued its decision granting habeas relief and reversing and vacating Holberg's conviction and sentence. Doc. 246.

5. Guerrero filed two motions seeking extensions of 30 days and 10 days, respectively, of his deadline to file a petition for rehearing en banc. Doc. Nos. 260, 271. Holberg did not oppose either request and both were granted. Doc. Nos. 265, 277.

6. On May 1, 2025, Guerrero filed his Petition for Rehearing En Banc. Doc. 278.

7. On May 2, 2025, the Court issued a directive to Holberg to respond to Guerrero's Petition for Rehearing En Banc on or before May 12, 2025. Doc. 280.

8. Also on May 2, 2025, the Separation of Powers Clinic at the Columbus Law School of Catholic University filed an unopposed motion for leave to file an amicus brief in support of rehearing. Doc. No. 282-1. The proposed amicus brief raises an additional issue not addressed in Guerrero's merits brief or in his Petition for Rehearing En Banc, specifically asserting that this Court should disregard Guerrero's express waiver of the assertion that the issue on which the panel ruled was procedurally defaulted. Doc. No. 282-2.

9. Good cause exists for the brief extension Holberg requests. Counsel for Holberg have multiple deadlines and professional obligations in the next few weeks in other litigation in which they are currently involved as counsel, and as a result of those demands require additional time to prepare the response to the pending Petition:

   a. Lead counsel for Holberg, David F. Abernethy of Faegre Drinker Biddle & Reath LLP, who represents Holberg on a pro bono basis, has upcoming filing deadlines on May 13 (motion to dismiss

complaint in *Francis v. Johnson & Johnson,* S.D.N.Y., No. 1:22-cv-03812); May 14 (removal filing in *Harco Ins. Co. v. Aborder Products, Inc., et al,* Philadelphia (Pa.) Court of Common Pleas, No. 250400723); and May 21 (motion to dismiss in the same case).

  b. Co-counsel Alex Harrell, also of Faegre Drinker Biddle & Reath LLP, and also representing Holberg on a pro bono basis, is scheduled for trial in an administrative matter, *Baez-Rivera v. Airgas,* in the Office of Administrative Law Judges, OALJ Case No. 2024-STA-00048, on June 10 and 11, 2025, in Salt Lake City, Utah. Mr. Harrell will need to perform substantial work on witness interviews and other preparation before that scheduled trial.

  c. Co-Counsel Shawn Nolan of the Federal Defender Association of Philadelphia, Capital Habeas Unit, who is relied upon by lead counsel for experience and expertise relating to capital litigation, also has several upcoming deadlines and significant time demands, including (1) a reply due on May 21, 2025, in support of an amended habeas petition in a military capital case, *Gray v. Curtis,* D. Kan., Case No. 18-3305; and (2) critical filings and other work in *Benjamin Ritchie*

*v. Wilson,* S.D. Ind. Case No. 1:08-cv-00503, a capital case in which an execution date recently was scheduled for May 20, 2025.

10. In addition, more time is needed so that lead counsel can make arrangements to travel to Texas, where Holberg is incarcerated, to confer with her concerning various issues relevant to the Petition for Rehearing En Banc, in connection with the preparation of her response to that Petition. Because of various professional and personal commitments in the next few weeks that meeting cannot occur until the second half of May 2025.

11. Further, as noted above, a non-party seeks leave to file an amicus brief that raises an additional issue not presented in Guerrero's merits brief or his Petition for Rehearing En Banc. Counsel for Holberg need additional time to research and prepare their response on that issue.

12. Granting this unopposed extension of time would be consistent with the Court's previous orders in this matter granting both sides reasonable extensions of filing deadlines, including, most recently, two extensions totaling 40 days of Guerrero's deadline to file his Petition for Rehearing En Banc.

13. The extension requested in this motion is not sought for any purpose of delay but rather so that adequate representation may be afforded to Holberg and justice done in her case.

Respectfully submitted,

 /s/ David F. Abernethy
DAVID F. ABERNETHY
PA Bar No. 36666
david.abernethy@faegredrinker.com

FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
(215) 988-2700
(215) 988-2757 (facsimile)

**LEAD COUNSEL TO PETITIONER BRITTANY MARLOW HOLBERG**

## CERTIFICATE OF CONFERENCE

I certify that on May 2, 2025, I conferred with Aaron L. Nielson, counsel for Respondent Guerrero, regarding the relief sought in the foregoing motion. Mr. Nielson represented that Respondent does not oppose the request for extension in this motion.

*/s/ David F. Abernethy*
DAVID F. ABERNETHY

## CERTIFICATE OF SERVICE

I certify that on May 5, 2025, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

*/s/ David F. Abernethy*
DAVID F. ABERNETHY