United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 14, 2025
Lyle W. Cayce
Clerk

No. 21-70010

Brittany Marlowe Holberg,

*Petitioner—Appellant*,

versus

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:15-CV-285

_____

ORDER:

IT IS ORDERED that the unopposed motion filed by Separation of Powers Clinic for leave to file *amicus curiae* brief in support of the petition for rehearing en banc is GRANTED.

/s/ Patrick E. Higginbotham
Patrick E. Higginbotham
*United States Circuit Judge*