

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

SARA B. BAUMGARDNER
Assistant Solicitor General

(512) 463-9920
sara.baumgardner@oag.texas.gov

Monday, June 30, 2025

**Via CM/ECF**

Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit

    **Re:**    No. 21-70010, *Holberg v. Guerrero*

Dear Mr. Cayce:

    I write to inform the Court of my withdrawal as counsel for respondent–appellee in the above-captioned case, as I am leaving my employment with the Office of the Attorney General. William F. Cole and Daniel Ortner will continue as counsel for respondent–appellee.

        Respectfully submitted.

        /s/ Sara B. Baumgardner

        Sara B. Baumgardner
        Assistant Solicitor General

cc: all counsel of record (via e-mail)