# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

July 30, 2025

Mr. David F. Abernethy  
Faegre Drinker Biddle & Reath, L.L.P.  
1 Logan Square  
Suite 2000  
Philadelphia, PA 19103-6996

Mr. Travis Golden Bragg  
Office of the Attorney General  
Criminal Appeals Division  
P.O. Box 12548  
Austin, TX 78711-2548

Mr. William Francis Cole  
Office of the Texas Attorney General  
Office of the Solicitor General  
P.O. Box 12548 (MC-059)  
Austin, TX 78711-2548

Mr. Daniel Alexander Harrell  
Faegre, Drinker, Biddle & Reath, L.L.P.  
2323 Ross Avenue  
Suite 1700  
Dallas, TX 75201-7367

Mr. Paul Edward Mansur  
114 S. Main Street  
Seminole, TX 79323

Mr. Edward Larry Marshall  
Office of the Attorney General  
for the State of Texas  
P.O. Box 12548  
Capitol Station  
Austin, TX 78711-2548

Mr. Aaron Lloyd Nielson  
Office of the Texas Attorney General  
Office of the Solicitor General  
P.O. Box 12548 (MC-059)  
Austin, TX 78711-2548

Mr. Shawn Nolan
Federal Community Defender Office
Eastern District of Pennsylvania
601 Walnut Street
Curtis Center
Suite 545, W.
Philadelphia, PA 19106-0000

Mr. Daniel Ortner
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Sonali Shahi
Federal Defender Office for the Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street
Curtis Center
Suite 545 West
Philadelphia, PA 19106

      No. 21-70010    Holberg v. Guerrero
                        USDC No. 2:15-CV-285

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

Appellant has until August 29, 2025, to file an en banc brief and the Appellee's en banc brief is due on September 29, 2025. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant and red for the appellee). The date and time of the oral argument will be announced at a later date. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

Unless directed otherwise, principal brief rules apply to en banc grants and supplemental briefs requested by the court.

Additionally, reply briefs are not allowed when cases are granted en banc unless you have leave of court.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, supplemental briefs, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by August 13, 2025. Paper copies of previously filed Amicus briefs are not needed.

Please contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Peter Conners
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
    Ms. Melissa Claire Cassel
    Mr. R. Trent McCotter
    Ms. Meaghan McLaine VerGow