# FEDERAL COMMUNITY DEFENDER OFFICE
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEFENDER ASSOCIATION OF PHILADELPHIA
FEDERAL COURT DIVISION
**CAPITAL HABEAS UNIT**

| **LISA EVANS LEWIS** | The Curtis - Suite 545 West | **JENNIFER CHICCARINO** |
|---|---|---|
| Chief Federal Defender | 601 Walnut Street | First Assistant |
| | Philadelphia, PA 19106 | |
| | Phone: 215.928.0520 | |
| | Fax: 215.928.0826 | |

August 4, 2025

**Via CM/ECF**

Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit

    **Re: No. 21-70010, Holberg v. Guerrero**

Dear Mr. Cayce:

    I write to inform the Court of my withdrawal as counsel for Ms. Brittany Marlowe Holberg in the above-captioned case, as I retired from the Federal Community Defender Office for the Eastern District of Pennsylvania on August 1, 2025. Ms. Sonali Shahi, Mr. Alex Harrell, and Mr. David Abernethy will continue as counsel for Petitioner. Respondent does not oppose this withdrawal.

                                    Respectfully submitted,
                                    /s/     Shawn Nolan
                                    Shawn Nolan

cc: all counsel of record (via e-mail)