# No. 21-70010

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

BRITTANY MARLOWE HOLBERG,

*Petitioner-Appellant,*

v.

ERIC GUERRERO, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

*Respondent-Appellee.*

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division
District Court No. 2:15-CV-285-Z

**UNOPPOSED MOTION OF PETITIONER-APPELLANT BRITTANY MARLOWE HOLBERG TO ENLARGE TYPE-VOLUME LIMITATION FOR PRINCIPAL BRIEFS OF ALL PARTIES**

TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Pursuant to Rules 26(b) and 27 of the Federal Rules of Appellate Procedure and Fifth Circuit Rule 27, Petitioner-Appellant Brittany Marlow Holberg files this unopposed motion to enlarge the applicable type-volume limitation under Federal Rule of Appellate Procedure 32(a)(7)(B)(i), for the en banc briefs the Court has directed the parties to

1

file, by 3,000 words, to 16,000 words total, and in support of that motion respectfully shows the Court the following:

1. In this capital case, Holberg appealed the district court's denial of her petition seeking a writ of habeas corpus under 28 U.S.C. § 2254.

2. On May 16, 2023, during panel adjudication of this appeal, this Court issued an Order granting Holberg's unopposed motion to enlarge the applicable type-volume limitation for the parties' principal briefs on the merits, under Federal Rule of Appellate Procedure 32(a)(7)(B)(i), by 3,000 words, to 16,000 words total. Dkt. 127, 132.

3. The parties filed principal briefs within that enlarged limit.[1]

4. After briefing and argument the panel issued a decision on March 7, 2025, granting relief to Holberg. Dkt. 246.

5. Respondent-Appellee Eric Guerrero (the "State") then petitioned this Court, pursuant to Federal Rule of Appellate Procedure 40(b) and Fifth Circuit Rule 40, for rehearing en banc. Dkt. 278.

---

[1] Holberg's principal merits brief contained 15,836 words for purposes of Rule 32(a)(7)(B).

6. On July 30, 2025, this Court issued an Order granting rehearing en banc and directing the filing of en banc briefs by the parties, on a schedule to be established by the Clerk. Dkt. 307. On the same date the Clerk issued a letter to the parties advising that, except as otherwise ordered, all rules that apply to principal briefs apply to the supplemental briefs directed by the Court for en banc review.[2]

7. For the same reasons stated in the motion she filed and which this Court granted during panel adjudication, Holberg requests that the Court enlarge, for the parties' en banc briefs, the 13,000-word limit in Rule 32(a)(7)(B) by 3,000 words, to 16,000 words. This enlargement is justified by extensive history of this case and the voluminous record on appeal, and the fact that the en banc briefs must meet all the requirements that applied to the principal merits briefs filed during panel adjudication. It is further justified by the fact that an additional issue was raised during oral argument, which was addressed by the

---

[2] The Clerk directed Holberg to file her supplemental en banc brief on August 29, 2025, and the State to file its brief on September 29, 2025, but the Court subsequently granted a motion by Holberg to extend her deadline, which reset the deadlines as September 29 for Holberg and October 29 for the State.

3

parties in supplemental briefs after the panel argument, outside the principal brief limit. Finally, this unopposed enlargement is justified by the stakes involved in this capital case.

8. Holberg moves for enlargement now to comply with Fifth Circuit Rule 32.4 and allow all parties to prepare their en banc briefs with knowledge of the word limit that will apply.

9. As certified below, Respondent-Appellee does not oppose this request.

Dated: August 11, 2025         Respectfully submitted,

*/s/ D. Alexander Harrell*
David F. Abernethy
PA Bar No. 36666
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia PA 19103-6996
Telephone (215) 988-2502
Fax (215) 988-2757
david.abernethy@faegredrinker.com

D. Alexander Harrell
TX Bar No. 24055624
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Avenue, Suite 1700
Dallas TX 75201
Telephone (469) 357-2500
Fax (469) 327-0860
alex.harrell@faegredrinker.com

Sonali Shahi
PA Bar No. 319898
FEDERAL COMMUNITY DEFENDER
OFFICE FOR THE EASTERN DISTRICT
OF PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia PA 19106
Telephone (215) 928-0520
sonali_shahi@fd.org

Counsel for Petitioner-Appellant

**CERTIFICATE OF CONFERENCE**

I certify that on August 6, 2025, I conferred with William F. Cole, Principal Deputy Solicitor General in the Office of the Texas Attorney General, counsel for Respondent-Appellee, regarding the relief sought in the foregoing motion. Mr. Cole advised me that Respondent-Appellee does not oppose that relief.

                                          */s/ D. Alexander Harrell*
                                          D. ALEXANDER HARRELL

## CERTIFICATE OF SERVICE

I certify that on August 11, 2025, a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

                    */s/ D. Alexander Harrell*
                    D. ALEXANDER HARRELL

## CERTIFICATE OF COMPLIANCE

With Type-Volume Limit, Typeface Requirements,
and Type-Style Requirements

This motion complies with the type-volume limitation of FED. R. APP. P. 27(d)(d) because it contains 551 words, excluding the parts exempted by FED. R. APP. P. 32(f).

This motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type-style requirements of FED. R. APP. P. 32(a)(6), and the typeface and type-style requirements of FED. R. APP. P. 27(d)(1)(E), because it has been prepared in a proportionally-spaced typeface using Microsoft Word for Windows in Century Schoolbook font, 14-point typeface.

                    */s/ D. Alexander Harrell*
                    D. ALEXANDER HARRELL