United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 13, 2025
Lyle W. Cayce
Clerk

No. 21-70010

Brittany Marlowe Holberg,

    *Petitioner—Appellant*,

versus

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

    *Respondent—Appellee*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:15-CV-285
_____

ORDER:

    IT IS ORDERED that Appellant's unopposed motion to file a supplemental en banc brief not exceeding 16,000 words is GRANTED.

                                    /s/ Jennifer W. Elrod
                                  Jennifer Walker Elrod
                                  *Chief Judge*